**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gisoti Plumbing and Heating, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4341520** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **396 Grange Road**<br>**Troy, NY 12180**<br>Number, Street, City, State & ZIP Code | **187 Wolf Road, Suite 300**<br>**Albany, NY 12205**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Rensselaer**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.gisotiplumbing-hvac.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(if known)* |
| | Name | |

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

2382

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

Debtor   **Gisoti Plumbing and Heating, Inc.**

Name

Case number (*if known*) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor     **Gisoti Plumbing and Heating, Inc.**                                     Case number (*if known*) _____
           Name

☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **Gisoti Plumbing and Heating, Inc.**                                        Case number (*if known*) _____
         Name

---

| **Request for Relief, Declaration, and Signatures** |
| --- |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 18, 2024**
              MM / DD / YYYY

**X** **/s/ Greg Gisoti**                                        **Greg Gisoti**
_____              _____
Signature of authorized representative of debtor                 Printed name

Title    **President**
        _____

---

**18. Signature of attorney**

**X** **/s/ Michael Boyle**                          Date    **February 18, 2024**
_____                      _____
Signature of attorney for debtor                                MM / DD / YYYY

**Michael Boyle**
_____
Printed name

**Boyle Legal LLC**
_____
Firm name

**64 2nd Street**
**Troy, NY 12180**
_____
Number, Street, City, State & ZIP Code

Contact phone    **518-687-1648**          Email address    **mike@boylebankruptcy.com**
                _____                         _____

**519211 NY**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 18, 2024**      *X* **/s/ Greg Gisoti**

Signature of individual signing on behalf of debtor

**Greg Gisoti**

Printed name

**President**

Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gisoti Plumbing and Heating, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express World Financial Center 200 Vesey Street New York, NY 10285** | | **Business Gold Card** | | | | $126,700.00 |
| **American Express World Financial Center 200 Vesey Street New York, NY 10285** | | **Business Platinum Card** | | | | $34,489.89 |
| **Averdi Storage Containers 14150 Rte 31 Savannah, NY 13146** | | **Vendor Debt** | | | | $6,768.52 |
| **Capital Winair 71 Fuller Road Albany, NY 12205** | | **Vendor Debt** | | | | $34,773.26 |
| **CFG Merchant Solutions, LLC 201 Route 17 North, Suite 805 Rutherford, NJ 07070** | | **Merchant Cash Advance** | **Disputed** | | | $258,000.00 |
| **Corepay Inc. 636 Plank Rd. Suite 212 Clifton Park, NY 12065** | | | **Disputed** | | | $6,739.20 |
| **F.W. Webb Co. 160 Middlesex Tpke Bedford, MA 01730** | | **Vendor Debt** | | | | $364,098.00 |
| **F.W. Webb Co. 160 Middlesex Tpke Bedford, MA 01730** | | **Vendor Debt** | | | | $54,325.36 |
| **Gehko LLC 836 E Cedar Ave Burbank, CA 91501** | | | | | | $20,000.00 |

Debtor    **Gisoti Plumbing and Heating, Inc.**
_____      Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Home Depot Commercial PO Box 790345 Saint Louis, MO 63179-0345** | | **Credit Card** | | | | **$16,630.07** |
| **MEG Funding LLC 162-16 Union Tpke, Suite 305 Flushing, NY 11367** | | **Merchant Cash Advance** | **Disputed** | | | **$350,000.00** |
| **Parkview Advance LLC 600 Summer St. Suite 204 Stamford, CT 06901** | | **Merchant Cash Advance** | **Disputed** | | | **$118,719.00** |
| **R&J Sheet Metal Distributors Inc. 114 Railroad Ave Albany, NY 12205** | | **Vendor Debt** | | | | **$51,647.01** |
| **RLT Heating & Air Conditioning, Inc. 114 Railroad Ave Albany, NY 12205** | | **Vendor Debt** | | | | **$18,150.62** |
| **Saratoga National Bank & Trust Co. Attn: President 171 South Broadway Saratoga Springs, NY 12866** | | **2019 Ford F150 XLT KBB Estimated Value as of 2/5/24** | | **$36,024.62** | **$21,500.00** | **$14,524.62** |
| **Saratoga National Bank & Trust Co. Attn: President 171 South Broadway Saratoga Springs, NY 12866** | | **2023 Ford F350 Lariat 30k miles KBB Estimated Value as of 2/5/24** | | **$90,336.98** | **$77,500.00** | **$12,836.98** |
| **VP Supply Corp. 3445 Winton Place Rochester, NY 14623** | | **Vendor Debt** | | | | **$112,000.00** |
| **VP Supply Corp. 3445 Winton Place Rochester, NY 14623** | | **Vendor Debt** | | | | **$100,000.00** |
| **VP Supply Corp. 3445 Winton Place Rochester, NY 14623** | | **Vendor Debt** | | | | **$150,771.88** |

Debtor  **Gisoti Plumbing and Heating, Inc.**                          Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Western Equipment Finance 503 Highway 2 West Devils Lake, ND 58301** | | **Aeroseal System (used to seal forced air ventilation systems) Value based on readily available comps in market.** | | **$21,593.50** | **$15,000.00** | **$6,593.50** |

**Fill in this information to identify the case:**

Debtor name   **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................   $     **230,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................................   $     **898,470.26**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................   $    **1,128,470.26**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **434,847.33**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **14,741.37**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$    **1,840,604.63**

4.   Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b                                    $    **2,290,193.33**

---

**Fill in this information to identify the case:**

Debtor name      **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

---

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Saratoga National Bank - Overdrafted as of 2/17/24 (-3,993.41)** | **Checking** | 1579 | $0.00 |
| 3.2. | **Saratoga National Bank - As of 2/17/24** | **Checking** | 7437 | $6,643.46 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $6,643.46 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Gisoti Plumbing and Heating, Inc.**                                    Case number *(If known)* _____
                Name

| 11a. 90 days old or less: | **94,267.80** | - | **0.00** | = .... | **$94,267.80** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **26,586.00** | - | **0.00** | = .... | **$26,586.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **122,457.00** | - | **0.00** | = .... | **$122,457.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **129,765.00** | - | **0.00** | = .... | **$129,765.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **180,000.00** | - | **0.00** | = .... | **$180,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                    **$553,075.80**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Plumbing and HVAC Parts Inventory** | | **$0.00** | | **$75,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                    **$75,000.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 Computers** | **$0.00** | | **$1,000.00** |
| **Office furniture** | **$0.00** | | **$1,000.00** |

**42.   Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| **$2,000.00** |
|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Gisoti Plumbing and Heating, Inc.** | | Case number *(if known)* | |
| | Name | | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. | **1999 Chevy Express 1500 Van 160k miles** **KBB estimated value as of 2/5/24** | $0.00 | $1,750.00 |
| 47.2. | **2018 Ford Transit 250 Van 165k miles** **KBB estimated value as of 2/5/24** | $0.00 | $9,000.00 |
| 47.3. | **2022 Ford Maverick XLT Pickup Truck (1 of 3)** **KBB estimated value as of 2/5/24** | $0.00 | $21,000.00 |
| 47.4. | **2022 Ford Maverick XLT Pickup Truck (2 of 3)** **KBB estimated value as of 2/5/24** | $0.00 | $21,000.00 |
| 47.5. | **2022 Ford Maverick XLT Pickup Truck (3 of 3)** **KBB estimated value as of 2/5/24** | $0.00 | $21,000.00 |
| 47.6. | **2019 Ford F150 XLT** **KBB Estimated Value as of 2/5/24** | $0.00 | $21,500.00 |
| 47.7. | **2019 Ford F150 XLT 71k miles** **KBB Estimated Value as of 2/5/24** | $0.00 | $23,500.00 |
| 47.8. | **2023 Ford F350 Lariat 30k miles** **KBB Estimated Value as of 2/5/24** | $0.00 | $77,500.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **2021 Big Tex Dump Trailer** **Value based on readily available comps on market.** | $0.00 | $7,500.00 |
| | **Aeroseal System (used to seal forced air ventilation systems)** **Value based on readily available comps in market.** | $0.00 | $15,000.00 |
| | **Kubota Mini Excavator** **Value based on readily available comps in market** | $0.00 | $28,000.00 |

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Tools of the Trade | $0.00 | | $15,000.00 |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $261,750.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Black Cherry Lane, Troy, NY 12180 (SBL 81.13-1-1) - value included in the Grange Rd. Property Valuation.** | **Fee Simple** | **$0.00** | | **$0.00** |
| 55.2.  **396 Grange Rd Troy, NY 12180. Value based on valuation dated 8/30/23** | **Fee Simple** | **$0.00** | | **$230,000.00** |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $230,000.00 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>**Corporate Website** | **$0.00** | | **$1.00** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$1.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

| **Motostar Inc. - money loaned to insider entity.** | **0.00** | - | **0.00** | = | **Unknown** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

| **My Ride Supply, LLC - money loaned to insider entity.** | **0.00** | - | **0.00** | = | **Unknown** |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor    **Gisoti Plumbing and Heating, Inc.**
         Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,643.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $553,075.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $75,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $261,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $230,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $898,470.26 | + 91b. $230,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,128,470.26 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Gisoti Plumbing and Heating, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **De Lage Landen Financial Services Inc.** | Describe debtor's property that is subject to a lien<br>**Blueprint Copier Lease** | **$225.46** | **$0.00** |

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Describe the lien
**Lease**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6388**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Saratoga National Bank & Trust Co.** | Describe debtor's property that is subject to a lien<br>**396 Grange Rd Troy, NY 12180. Value based on valuation dated 8/30/23** | **$177,857.42** | **$230,000.00** |

Creditor's Name

**Attn: President**
**171 South Broadway**
**Saratoga Springs, NY 12866**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor    **Gisoti Plumbing and Heating, Inc.**                                    Case number (*if known*) _____
          Name

**9011**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Saratoga National Bank & Trust Co.** | | $22,455.15 | $23,500.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: President**
**171 South Broadway**
**Saratoga Springs, NY**
**12866**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Ford F150 XLT 71k miles**
**KBB Estimated Value as of 2/5/24**

Creditor's email address, if known

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7861**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Saratoga National Bank & Trust Co.** | | $36,024.62 | $21,500.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: President**
**171 South Broadway**
**Saratoga Springs, NY**
**12866**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Ford F150 XLT**
**KBB Estimated Value as of 2/5/24**

Creditor's email address, if known

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7782**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Saratoga National Bank & Trust Co.** | **Describe debtor's property that is subject to a lien** | $90,336.98 | $77,500.00 |
|---|---|---|---|---|

Debtor   **Gisoti Plumbing and Heating, Inc.**
_____
Name

Case number *(if known)* _____

---

Creditor's Name
**Attn: President**
**171 South Broadway**
**Saratoga Springs, NY**
**12866**
Creditor's mailing address

**2023 Ford F350 Lariat 30k miles**
**KBB Estimated Value as of 2/5/24**

**Describe the lien**
**Car Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1010**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Saratoga National Bank & Trust Co.** | | | |

Creditor's Name
**Attn: President**
**171 South Broadway**
**Saratoga Springs, NY**
**12866**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford Maverick XLT Pickup Truck (1 of 3)**
**KBB estimated value as of 2/5/24**

$23,158.21    $21,000.00

**Describe the lien**
**Car Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0363**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Saratoga National Bank & Trust Co.** | | | |

Creditor's Name
**Attn: President**
**171 South Broadway**
**Saratoga Springs, NY**
**12866**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford Maverick XLT Pickup Truck (2 of 3)**
**KBB estimated value as of 2/5/24**

$23,158.21    $21,000.00

**Describe the lien**
**Car Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Debtor **Gisoti Plumbing and Heating, Inc.**
_____
Name

Case number (if known) _____

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 0688**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Saratoga National Bank & Trust Co.** | Describe debtor's property that is subject to a lien | $23,159.20 | $21,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President
171 South Broadway
Saratoga Springs, NY 12866**

Creditor's mailing address

**2022 Ford Maverick XLT Pickup Truck (3 of 3) KBB estimated value as of 2/5/24**

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 0688**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Western Equipment Finance** | Describe debtor's property that is subject to a lien | $16,878.58 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**503 Highway 2 West
Devils Lake, ND 58301**

Creditor's mailing address

**Kubota Mini Excavator
Value based on readily available comps in market**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 4388**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Gisoti Plumbing and Heating, Inc.** | | Case number (if known) | |
| | Name | | | |

| 2.1 0 | **Western Equipment Finance** | Describe debtor's property that is subject to a lien | $21,593.50 | $15,000.00 |

Creditor's Name

**Aeroseal System (used to seal forced air ventilation systems) Value based on readily available comps in market.**

**503 Highway 2 West
Devils Lake, ND 58301**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 4388**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $434,847.33

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alexis Barahona**<br>**25 Walnut Street**<br>**Hopewell Junction, NY 12533** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,480.00 | $1,480.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Anthony Angelo**<br>**102 Hampton Ave**<br>**Rensselaer, NY 12144** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $955.13 | $955.13 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**Carlos Mejia Colindres**
**25 Walnut Street**
**New Windsor, NY 12553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**Charles Purcell Jr.**
**227 Croll Road**
**Valley Falls, NY 12185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.00 | $880.00 |
|---|---|---|---|---|

**Erick Gomez**
**45 Sherman Drive**
**Newburgh, NY 12550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Gregory Gisoti**
**25 Brunswick Park Dr.**
**Troy, NY 12180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**Helder Mejia**
**25 Walnut Street**
**New Windsor, NY 12553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,900.00 | $1,900.00 |
|---|---|---|---|---|

**Joseph Gisoti**
**259 Sugar Hill Rd.**
**Rexford, NY 12148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.24 | $1,086.24 |
|---|---|---|---|---|

**Joseph Markham**
**30 Imperial Lane**
**Stuyvesant, NY 12173**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Gisoti Plumbing and Heating, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**New York State Dept. of Tax and Finance**
**Bankruptcy Section**
**PO BOX 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**Nills Torres**
**27 Lancer Dr.**
**Newburgh, NY 12550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$660.00** | **$660.00** |
|---|---|---|---|---|

**Noah Purcell**
**227 Croll Road**
**Valley Falls, NY 12185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$720.00** |
|---|---|---|---|---|

**Ryan Cooper**
**104 Root Ave Apt. 1**
**Schenectady, NY 12302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**Trisha Gisoti**
**25 Brunswick Park Dr.**
**Troy, NY 12180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.25 |
|---|---|---|---|

**Aeroseal LLC**
**225 Byers Road**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   8/9/23**

Basis for the claim:   **Business Debt**

**Last 4 digits of account number   1010**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,700.00 |
|---|---|---|---|

**American Express**
**World Financial Center**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   _**

Basis for the claim:   **Business Gold Card**

**Last 4 digits of account number   2009**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,489.89 |
|---|---|---|---|

**American Express**
**World Financial Center**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   _**

Basis for the claim:   **Business Platinum Card**

**Last 4 digits of account number   2000**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,768.52 |
|---|---|---|---|

**Averdi Storage Containers**
**14150 Rte 31**
**Savannah, NY 13146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   _**

Basis for the claim:   **Vendor Debt**

**Last 4 digits of account number   n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Berkshire Hathaway**
**PO Box AH**
**39 Public Square**
**Wilkes Barre, PA 18703-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   _**

Basis for the claim:   **NOTICE ONLY - Ins. Co. of Debtor**

**Last 4 digits of account number   5295**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Gisoti Plumbing and Heating, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,864.11** |
|---|---|---|---|

**Buckley Associates, Inc.**
**120 Railroad Ave.**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**n/a**__

**Basis for the claim:** __**Vendor Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,216.61** |
|---|---|---|---|

**Capital One**
**Attn: BANKRUPTCY**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**5264**__

**Basis for the claim:** __**Business Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,773.26** |
|---|---|---|---|

**Capital Winair**
**71 Fuller Road**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**1595**__

**Basis for the claim:** __**Vendor Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$258,000.00** |
|---|---|---|---|

**CFG Merchant Solutions, LLC**
**201 Route 17 North, Suite 805**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**UNKN**__

**Basis for the claim:** __**Merchant Cash Advance**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,739.20** |
|---|---|---|---|

**Corepay Inc.**
**636 Plank Rd. Suite 212**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**n/a**__

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,917.50** |
|---|---|---|---|

**Dodge Construction Network**
**300 American Metro Blvd, Suite 185**
**Trenton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**2887**__

**Basis for the claim:** __**Vendor Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,325.36** |
|---|---|---|---|

**F.W. Webb Co.**
**160 Middlesex Tpke**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __**4645**__

**Basis for the claim:** __**Vendor Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address
**F.W. Webb Co.**
**160 Middlesex Tpke**
**Bedford, MA 01730**

Date(s) debt was incurred _

Last 4 digits of account number  **4645**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$364,098.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Gehko LLC**
**836 E Cedar Ave**
**Burbank, CA 91501**

Date(s) debt was incurred  **1/30/24**

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Home Depot Commercial**
**PO Box 790345**
**Saint Louis, MO 63179-0345**

Date(s) debt was incurred  _

Last 4 digits of account number  **6655**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,630.07**

---

**3.16** | Nonpriority creditor's name and mailing address
**MEG Funding LLC**
**162-16 Union Tpke, Suite 305**
**Flushing, NY 11367**

Date(s) debt was incurred  **10/12/23**

Last 4 digits of account number  **unkn**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$350,000.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Parkview Advance LLC**
**600 Summer St. Suite 204**
**Stamford, CT 06901**

Date(s) debt was incurred  **1/10/2024**

Last 4 digits of account number  **unkn**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$118,719.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**R&J Sheet Metal Distributors Inc.**
**114 Railroad Ave**
**Albany, NY 12205**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,647.01**

---

**3.19** | Nonpriority creditor's name and mailing address
**RLT Heating & Air Conditioning, Inc.**
**114 Railroad Ave**
**Albany, NY 12205**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,150.62**

---

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,841.96 |
|---|---|---|---|

**Sunbelt Rentals Inc.**
**1799 Innovation Pt**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __8878__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tern Construction & Development, LLC**
**57 ROUTE 6, SUITE 207**
**Baldwin Place, NY 10505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Contract Vendee__

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,771.88 |
|---|---|---|---|

**VP Supply Corp.**
**3445 Winton Place**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __3141__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**VP Supply Corp.**
**3445 Winton Place**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __8921__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,000.00 |
|---|---|---|---|

**VP Supply Corp.**
**3445 Winton Place**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __8921__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,715.39 |
|---|---|---|---|

**Wex Bank**
**Attn: President**
**111 E Sego Lily Dr**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Valero Fleet Plus Card__

Last 4 digits of account number __8673__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian Schechter**<br>**Schechter Law Office PLLC**<br>**315 Avenue U**<br>**Brooklyn, NY 11223** | Line **3.16**<br><br>☐ Not listed. Explain ____ | **3010** |
| 4.2 | **F.W. Webb Co.**<br>**17 Erie Blvd.**<br>**Albany, NY 12204-2589** | Line **3.12**<br><br>☐ Not listed. Explain ____ | **4645** |
| 4.3 | **F.W. Webb Co.**<br>**17 Erie Blvd.**<br>**Albany, NY 12204-2589** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **4645** |
| 4.4 | **James P. Trainor, Esq.**<br>**2452 US Rte 9, Suite 203**<br>**Ballston Spa, NY 12020** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Milber Makris Plousadis & Seiden, LLP**<br>**Attn: Marisa Lanza**<br>**100 Manhattanville Rd., Suite 4E20**<br>**Purchase, NY 10577** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 14,741.37 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,840,604.63 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,855,346.00 |

**Fill in this information to identify the case:**

Debtor name    **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
---|---

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Southern Tire Mart Project - Work in Progress. Current Amount Owed: $129,765.50 Anticipated Total Value of project (net of expenses): $38,735.00. Anticipated completion date of 2/2024.** | |
|---|---|---|---|
| | State the term remaining | **1 mos.** | **AnCor Inc. 831 James Street, 2nd Fl. Syracuse, NY 13203** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Charlie's Stay and Play - Work in Progress. Current Amount Owed: $00.00 Anticipated Total Value of project (net of expenses): $19,500.00 Anticipated completion date of 05/2024.** | |
|---|---|---|---|
| | State the term remaining | **3 mos.** | **Bonacio Construction 18 Division St., Suite 401 Saratoga Springs, NY 12866** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Cash Advance Agreement - Debtor anticipates rejecting contract.** | |
|---|---|---|---|
| | State the term remaining | **UNKN** | **CFG Merchant Solutions, LLC 201 Route 17 North, Suite 805 Rutherford, NJ 07070** |
| | List the contract number of any government contract | | |

Debtor 1   **Gisoti Plumbing and Heating, Inc.**                                        Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Glasco Housing Project - Work in Progress. Current Amount Owed: $122,457.00 Anticipated Total Value of project (net of expenses): $270,533 Anticipated completion date of 2/2024.**<br><br>State the term remaining   **1 mos.**<br><br>List the contract number of any government contract | **Christa Construction LLC**<br>**64 Commercial Street, Suite 401**<br>**Rochester, NY 14614** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**CAVA Project - Work in Progress. Current Amount Owed: $26,586.00 Anticipated Total Value of project (net of expenses): $27,920.00. Anticipated completion date of 4/2024.**<br><br>State the term remaining   **2 mos.**<br><br>List the contract number of any government contract | **Continuum Renewables, LLC**<br>**19 Runway Ave**<br>**Latham, NY 12110** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Merchant Cash Advance Agreement - Debtor anticipates rejecting contract.**<br>State the term remaining   **UNKN**<br><br>List the contract number of any government contract | **MEG Funding LLC**<br>**162-16 Union Tpke, Suite 305**<br>**Flushing, NY 11367** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Merchant Cash Advance Agreement. Debtor anticipates rejecting contract.**<br>State the term remaining   **UNKN**<br><br>List the contract number of any government contract | **Parkview Advance LLC**<br>**600 Summer St. Suite 204**<br>**Stamford, CT 06901** |

Debtor 1    **Gisoti Plumbing and Heating, Inc.**                                    Case number (*if known*) _____
      First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Work in Progress. Debtor intends on rejecting Contract.**<br><br><br>**Tern Construction & Development, LLC**<br>**57 ROUTE 6, SUITE 207**<br>**Baldwin Place, NY 10505** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Apex Project - Work in Progress.**<br>**Current Amount Owed: $94,267.80**<br>**Anticipated Total Value of project (net of expenses): $504,213.00.**<br>**Anticipated completion date of 11/2024.**<br>**9 mos.**<br><br>**Trinity Building and Constr. Mgmt. Corp.**<br>**56 Marion Ave, Suite 4**<br>**Saratoga Springs, NY 12866** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Foreverly House Project - Work in Progress.**<br>**Current Amount Owed: $00.00**<br>**Anticipated Total Value of project (net of expenses): $4,200.00**<br>**Anticipated completion date of 04/2024.**<br>**2 mos.**<br><br>**Veterans & Community Housing Coalition**<br>**20 Prospect Street, Bldg. 2, Suite 313**<br>**Ballston Spa, NY 12020** |

Fill in this information to identify the case:

Debtor name **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Greg Gisoti** | **25 Brunswick Park Dr. Troy, NY 12180** | **Saratoga National Bank & Trust Co.** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Greg Gisoti** | **25 Brunswick Park Dr. Troy, NY 12180** | **Saratoga National Bank & Trust Co.** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Greg Gisoti** | **25 Brunswick Park Dr. Troy, NY 12180** | **Saratoga National Bank & Trust Co.** | ■ D   **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Greg Gisoti** | **25 Brunswick Park Dr. Troy, NY 12180** | **Saratoga National Bank & Trust Co.** | ■ D   **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Greg Gisoti** | **25 Brunswick Park Dr. Troy, NY 12180** | **Saratoga National Bank & Trust Co.** | ■ D   **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Gisoti Plumbing and Heating, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Greg Gisoti** | 25 Brunswick Park Dr. Troy, NY 12180 | **Saratoga National Bank & Trust Co.** | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Greg Gisoti** | 25 Brunswick Park Dr. Troy, NY 12180 | **Saratoga National Bank & Trust Co.** | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Greg Gisoti** | 25 Brunswick Park Dr. Troy, NY 12180 | **CFG Merchant Solutions, LLC** | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |
| 2.9 | **Greg Gisoti** | 25 Brunswick Park Dr. Troy, NY 12180 | **MEG Funding LLC** | ☐ D _____ ■ E/F ___3.16___ ☐ G _____ |
| 2.10 | **Greg Gisoti** | 25 Brunswick Park Dr. Troy, NY 12180 | **Parkview Advance LLC** | ☐ D _____ ■ E/F ___3.17___ ☐ G _____ |
| 2.11 | **Motostar Inc.** | 25 Brunswick Park Dr. Troy, NY 12180 | **MEG Funding LLC** | ☐ D _____ ■ E/F ___3.16___ ☐ G _____ |
| 2.12 | **My Ride Supply LLC** | 25 Brunswick Park Dr. Troy, NY 12180 | **MEG Funding LLC** | ☐ D _____ ■ E/F ___3.16___ ☐ G _____ |
| 2.13 | **Troy Racing Team Inc.** | 25 Brunswick Park Dr. Troy, NY 12180 | **MEG Funding LLC** | ☐ D _____ ■ E/F ___3.16___ ☐ G _____ |

Debtor    **Gisoti Plumbing and Heating, Inc.**                              Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name    **Gisoti Plumbing and Heating, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$488,000.00** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,600,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  **Plumbing & HVAC** | **$5,800,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Gisoti Plumbing and Heating, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Motostar Inc.**<br><br>**Same Owner** | **UNKN** | **Unknown** | **Debtor to supplment information when updated accounting by accountants complete.** |
| 4.2.  **My Ride Supply LLC**<br><br>**Same Owner** | **UNKN** | **Unknown** | **Debtor to supplment information when updated accounting by accountants complete.** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Tern Construction & Development, LLC v. Gisoti Plumbing and Heating, Inc.**<br>**55374/2024** | **Breach of Contract** | **Westchester Co. Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **MEG Funding LLC v. Gisoti Plumbing and Heating, Inc. et al**<br>**900985-24** | **Confession of Judgment entered 1/25/24** | **Albany Co. Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor   **Gisoti Plumbing and Heating, Inc.**

Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Boyle Legal LLC** | **Bankruptcy Retainer and Filing Fee** | **1/2024** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Gehko LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

| Debtor | **Gisoti Plumbing and Heating, Inc.** | | Case number *(if known)* | |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **67 Oliver Street**<br>**Cohoes, NY 12047** | **2019-2023** |
| 14.2. | **187 Wolf Rd.**<br>**Albany, NY 12205** | **2023-2/2024** |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Gisoti Plumbing and Heating, Inc. | | Case number *(if known)* | |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor    **Gisoti Plumbing and Heating, Inc.**                          Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Goldenthal & Suss Consulting, P.C.**<br>**4218 Amboy Road**<br>**Staten Island, NY 10308** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Goldenthal & Suss Consulting, P.C.**<br>**4218 Amboy Road**<br>**Staten Island, NY 10308** | **Ongoing** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Goldenthal & Suss Consulting, P.C.**<br>**4218 Amboy Road**<br>**Staten Island, NY 10308** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Saratoga National Bank and Trust Company**<br>**171 South Broadway**<br>**Saratoga Springs, NY 12866** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                          page **6**

Debtor **Gisoti Plumbing and Heating, Inc.**     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greg Gisoti | 25 Brunswick Park Dr. Troy, NY 12180 | Sole Owner of Debtor | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Gregory Gisoti** **25 Brunswick Park Dr.** **Troy, NY 12180** | **$2500 weekly salary** | **Weekly** | **Ongoing Salary** |
| **Relationship to debtor** **Owner** | | | |
| 30.2. **Joseph Gisoti** **259 Sugar Hill Rd.** **Rexford, NY 12148** | **$1900 weekly salary** | **Weekly** | **Ongoing Salary** |
| **Relationship to debtor** **Brother of Owner** | | | |
| 30.3. **Trisha Gisoti** **25 Brunswick Park Dr.** **Troy, NY 12180** | **$800 weekly salary** | **Weekly** | **Ongoing salary** |
| **Relationship to debtor** **Wife of Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Gisoti Plumbing and Heating, Inc.**                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 18, 2024**

**/s/ Greg Gisoti**                                    **Greg Gisoti**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re  **Gisoti Plumbing and Heating, Inc.**
_____    Case No. _____
Debtor(s)                                     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept _____    $  _____
Prior to the filing of this statement I have received _____    $  _____
Balance Due _____    $  _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____    $  **20,000.00**
The undersigned shall bill against the retainer at an hourly rate of _____    $  **375.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Gehko LLC**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f); plan preparation and confirmation; valuation hearings; representation of the debtors in any dischargeability actions or any other adversary proceeding.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Any non-Bankruptcy legal services unless otherwise agreed upon and approved by the Court through proper application to employ.**

In re   **Gisoti Plumbing and Heating, Inc.** _____      Case No. _____

                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 18, 2024** _____                **/s/ Michael Boyle** _____
*Date*                                                 **Michael Boyle**
                                                       *Signature of Attorney*
                                                       **Boyle Legal LLC**
                                                       **64 2nd Street**
                                                       **Troy, NY 12180**
                                                       **518-687-1648   Fax: 518-516-5075**
                                                       **mike@boylebankruptcy.com** _____
                                                       *Name of law firm*

# United States Bankruptcy Court
## Northern District of New York

In re    **Gisoti Plumbing and Heating, Inc.**                                    Case No. _____

                                                        Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Greg Gisoti**<br>**25 Brunswick Park Dr.**<br>**Troy, NY 12180** | **A** | **100** | **Equity Holder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 18, 2024**                          Signature    **/s/ Greg Gisoti**

                                                                **Greg Gisoti**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    **Gisoti Plumbing and Heating, Inc.** _____ ,

Debtor                          Case No.

Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**81-4341520** _____

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Michael Boyle**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **February 18, 2024** _____

**/s/ Michael Boyle** _____
**Michael Boyle**
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Aeroseal LLC
Acct No X1010
225 Byers Road
Miamisburg, OH 45342


Alexis Barahona
Acct No n/a
25 Walnut Street
Hopewell Junction, NY 12533


American Express
Acct No 2009
World Financial Center
200 Vesey Street
New York, NY 10285


American Express
Acct No 2000
World Financial Center
200 Vesey Street
New York, NY 10285


AnCor Inc.
831 James Street, 2nd Fl.
Syracuse, NY 13203


Anthony Angelo
Acct No n/a
102 Hampton Ave
Rensselaer, NY 12144


Averdi Storage Containers
Acct No n/a
14150 Rte 31
Savannah, NY 13146


Berkshire Hathaway
Acct No 5295
PO Box AH
39 Public Square
Wilkes Barre, PA 18703-0020


Bonacio Construction
18 Division St., Suite 401
Saratoga Springs, NY 12866

Brian Schechter
Acct No 917-952-3010
Schechter Law Office PLLC
315 Avenue U
Brooklyn, NY 11223


Buckley Associates, Inc.
Acct No n/a
120 Railroad Ave.
Albany, NY 12205


Capital One
Acct No 5264
Attn: BANKRUPTCY
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital Winair
Acct No 1595
71 Fuller Road
Albany, NY 12205


Carlos Mejia Colindres
Acct No n/a
25 Walnut Street
New Windsor, NY 12553


CFG Merchant Solutions, LLC
Acct No UNKN
201 Route 17 North, Suite 805
Rutherford, NJ 07070


CFG Merchant Solutions, LLC
201 Route 17 North, Suite 805
Rutherford, NJ 07070


Charles Purcell Jr.
Acct No n/a
227 Croll Road
Valley Falls, NY 12185


Christa Construction LLC
64 Commercial Street, Suite 401
Rochester, NY 14614

Continuum Renewables, LLC
19 Runway Ave
Latham, NY 12110


Corepay Inc.
Acct No n/a
636 Plank Rd. Suite 212
Clifton Park, NY 12065


De Lage Landen Financial Services Inc.
Acct No 6388
1111 Old Eagle School Road
Wayne, PA 19087


Dodge Construction Network
Acct No 2887
300 American Metro Blvd, Suite 185
Trenton, NJ 08619


Erick Gomez
Acct No n/a
45 Sherman Drive
Newburgh, NY 12550


F.W. Webb Co.
Acct No 4645
160 Middlesex Tpke
Bedford, MA 01730


F.W. Webb Co.
Acct No 4645
17 Erie Blvd.
Albany, NY 12204-2589


Gehko LLC
Acct No n/a
836 E Cedar Ave
Burbank, CA 91501


Greg Gisoti
25 Brunswick Park Dr.
Troy, NY 12180

Gregory Gisoti
Acct No n/a
25 Brunswick Park Dr.
Troy, NY 12180


Helder Mejia
Acct No n/a
25 Walnut Street
New Windsor, NY 12553


Home Depot Commercial
Acct No 6655
PO Box 790345
Saint Louis, MO 63179-0345


Internal Revenue Service
Acct No n/a
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


James P. Trainor, Esq.
Acct No n/a
2452 US Rte 9, Suite 203
Ballston Spa, NY 12020


Joseph Gisoti
Acct No n/a
259 Sugar Hill Rd.
Rexford, NY 12148


Joseph Markham
Acct No n/a
30 Imperial Lane
Stuyvesant, NY 12173


MEG Funding LLC
Acct No unkn
162-16 Union Tpke, Suite 305
Flushing, NY 11367


MEG Funding LLC
162-16 Union Tpke, Suite 305
Flushing, NY 11367

Milber Makris Plousadis & Seiden, LLP
Acct No n/a
Attn: Marisa Lanza
100 Manhattanville Rd., Suite 4E20
Purchase, NY 10577


Motostar Inc.
25 Brunswick Park Dr.
Troy, NY 12180


My Ride Supply LLC
25 Brunswick Park Dr.
Troy, NY 12180


New York State Dept. of Tax and Finance
Acct No n/a
Bankruptcy Section
PO BOX 5300
Albany, NY 12205-0300


Nills Torres
Acct No n/a
27 Lancer Dr.
Newburgh, NY 12550


Noah Purcell
Acct No n/a
227 Croll Road
Valley Falls, NY 12185


Parkview Advance LLC
Acct No unkn
600 Summer St. Suite 204
Stamford, CT 06901


Parkview Advance LLC
600 Summer St. Suite 204
Stamford, CT 06901


R&J Sheet Metal Distributors Inc.
Acct No n/a
114 Railroad Ave
Albany, NY 12205

RLT Heating & Air Conditioning, Inc.
Acct No n/a
114 Railroad Ave
Albany, NY 12205


Ryan Cooper
Acct No n/a
104 Root Ave Apt. 1
Schenectady, NY 12302


Saratoga National Bank & Trust Co.
Acct No 9011
Attn: President
171 South Broadway
Saratoga Springs, NY 12866


Saratoga National Bank & Trust Co.
Acct No 7861
Attn: President
171 South Broadway
Saratoga Springs, NY 12866


Saratoga National Bank & Trust Co.
Acct No 7782
Attn: President
171 South Broadway
Saratoga Springs, NY 12866


Saratoga National Bank & Trust Co.
Acct No 1010
Attn: President
171 South Broadway
Saratoga Springs, NY 12866


Saratoga National Bank & Trust Co.
Acct No 0363
Attn: President
171 South Broadway
Saratoga Springs, NY 12866


Saratoga National Bank & Trust Co.
Acct No 0688
Attn: President
171 South Broadway
Saratoga Springs, NY 12866

Sunbelt Rentals Inc.
Acct No 8878
1799 Innovation Pt
Fort Mill, SC 29715


Tern Construction & Development, LLC
Acct No n/a
57 ROUTE 6, SUITE 207
Baldwin Place, NY 10505


Tern Construction & Development, LLC
57 ROUTE 6, SUITE 207
Baldwin Place, NY 10505


Trinity Building and Constr. Mgmt. Corp.
56 Marion Ave, Suite 4
Saratoga Springs, NY 12866


Trisha Gisoti
Acct No n/a
25 Brunswick Park Dr.
Troy, NY 12180


Troy Racing Team Inc.
25 Brunswick Park Dr.
Troy, NY 12180


Veterans & Community Housing Coalition
20 Prospect Street, Bldg. 2, Suite 313
Ballston Spa, NY 12020


VP Supply Corp.
Acct No 3141
3445 Winton Place
Rochester, NY 14623


VP Supply Corp.
Acct No 8921
3445 Winton Place
Rochester, NY 14623


Western Equipment Finance
Acct No 4388
503 Highway 2 West
Devils Lake, ND 58301

Wex Bank
Acct No 867-3
Attn: President
111 E Sego Lily Dr
Sandy, UT 84070

# United States Bankruptcy Court
## Northern District of New York

In re    **Gisoti Plumbing and Heating, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gisoti Plumbing and Heating, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 18, 2024**

Date

**/s/ Michael Boyle**

**Michael Boyle**

Signature of Attorney or Litigant

Counsel for   **Gisoti Plumbing and Heating, Inc.**

**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-687-1648 Fax:518-516-5075**
**mike@boylebankruptcy.com**